**The document below is signed.  It is not intended for publication in West's Bankruptcy Reporter.  Dated: May 31, 2010.**

S. Martin Teel, Jr.
U.S. Bankruptcy Judge

```
                    UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF COLUMBIA
```

In re                             )
                                  )
REMECA MONIC MASHACK,             )   Case No. 10-00174
                                  )   (Chapter 7)
            Debtor.               )

MEMORANDUM DECISION AND ORDER DENYING MOTION TO RECONSIDER
 ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO THE REAL
<u>PROPERTY LOCATED AT 2212 16TH STREET SE, WASHINGTON, DC 20020</u>

On February 26, 2010, the debtor commenced this case under Chapter 7 of the Bankruptcy Code.  Thereafter, Bank of America filed a motion for relief from the automatic stay as to real property located at 2212 16th Street SE, Washington, DC 20020.  After the debtor failed to timely respond to the motion, the court entered an order granting relief from the automatic stay on May 26, 2010 (Dkt. No. 39).  On May 27, 2010, the debtor filed with the court a motion to reconsider the lifting of the stay, stating that "Upon arriving to court on May 27, 2010, the defendant became aware that a judgment had been granted in favor of the plaintiff due to her having missed the date to file an objection.  The defendant respectfully requests a new hearing date to plead her case."

Under Federal Rule of Bankruptcy Procedure 9023, the debtor may file a motion to alter or amend a judgment within 14 days of the entry of the judgment.  In filing a motion, however, the debtor must set forth grounds that would warrant the court setting aside its prior order.  Because the debtor's motion to reconsider fails to address the merits of the Bank of America's motion or to otherwise set forth a basis on which the court should set aside its order granting relief from the automatic stay, it is

ORDERED that the debtor's motion to reconsider the court's May 26, 2010, order granting relief from the automatic stay as to real property located at 2212 16th Street SE, Washington, DC 20020 (Dkt. No. 41) is DENIED.

[Signed and dated above.]

Copies to: Debtor; Kevin Feig, attorney for Bank of America; Chapter 7 Trustee; Office of United States Trustee.